# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>     v.<br><br>JOSE DE VARONA DRURY,<br>  Defendant. | CRIM. NO. 15-628(FAB) |

## MOTION TO RESTRICT DOCUMENT

TO THE HONORABLE
SILVIA CARRENO
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW the undersigned attorney representing the above-captioned defendant, and respectfully states and requests the following:

1. A hearing concerning Mr. De Varona's bail conditions has been scheduled to take place on January 13, 2016 at 10:00 am.

2. Due to professional obligations in another district, the undersigned will not be in Puerto Rico at that time, and requests that the hearing be postponed until the following day, January 14.

3. The undersigned has also consulted with Dr. Jorge Montilla, who is only available from 9:00 to 10:30 on that date, since he is scheduled to see patients in his office after that time.

**Criminal No. 15-628(FAB)**               2

4.     It is therefore respectfully requested that the hearing be postponed until January 14, 2016 at 9:00 am.

**WHEREFORE**, it is respectfully requested that this Court postpone the hearing on Mr. De Varona's bail conditions until January 14, 2016 at 9:00 am.

**I CERTIFY** that on this same date a copy of this Motion was electronically served upon all parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, January 10, 2016.

>S/ Rachel Brill
>USDC No. 204803
>Attorney for the Defendant
>263 Domenech Avenue
>San Juan, PR  00918
>Tel: (787) 753-6131
>Fax: (787) 753-7053
>E-mail: rabrill@gmail.com